IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:22-cv-00160

| | |
|---|---|
| REBECCA CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF DISMISSAL** |
| DARE FOODS INCORPORATED, | ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rebecca Carter, by and through her counsel, hereby dismisses all claims against Defendant Dare Foods Incorporated. Defendant consents to the dismissal.

Respectfully submitted, this the 27th day of February, 2023.

| **SPENGLER + AGANS PLLC** | **JACKSON LEWIS, P.C.** |
|---|---|
| */s/ Eric Spengler* | */s/ H. Bernard Tisdale III* |
| ERIC SPENGLER | H. BERNARD TISDALE III |
| N.C. State Bar No. 47165 | N.C. State Bar No. 23980 |
| 352 N. Caswell Road | JOSHUA R. ADAMS |
| Charlotte, North Carolina 28204 | N.C. State Bar No. 49038 |
| Telephone: (704) 999-8733 | 200 South College St., Suite 1550 |
| eric@sab.law | Charlotte, NC 28202 |
| | Telephone: (980) 465-7237 |
| *Attorney for Plaintiff* | Bernard.Tisdale@jacksonlewis.com |
| | Joshua.Adams@jacksonlewis.com |
| | *Attorneys for Defendant* |